# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-1156**  **September Term, 2014**

**FAA-79FR36172**

**Filed On:** November 18, 2014

UAS America Fund, LLC, et al.,

     Petitioners

     v.

Federal Aviation Administration,

     Respondent

------------------------------

Consolidated with 14-1157, 14-1158

**BEFORE:** Rogers, Kavanaugh, and Pillard, Circuit Judges

### O R D E R

Upon consideration of the motion to hold petitions in abeyance, the opposition thereto, and the reply, it is

**ORDERED** that the motion to hold in abeyance be granted. The Federal Aviation Administration is directed to file status reports at 90-day intervals beginning 90 days from the date of this order. The parties are directed to file motions to govern further proceedings within 30 days of completion of agency proceedings in Docket No. FAA-2014-0396 (consideration of public comment).

In the event the agency starts enforcing the rule challenged in this proceeding – "Interpretation of the Special Rule for Model Aircraft," 79 FED. REG. 36,172 (June 25, 2014) – before considering and disposing of the comments it solicited, petitioners may request appropriate action.

**Per Curiam**