UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COUNCIL ON GOVERNMENTAL RELATIONS,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>*Respondent*. | No. 14-1157 |

**CONSENT MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and Rules 27 and 42 of the Rules of this Court, petitioner Council on Governmental Relations ("COGR") respectfully requests that this Court dismiss its petition for review in the captioned matter, with each party bearing its own costs.

This motion applies to the claims of COGR only and thus to case number 14-1157 only. It has no effect on the otherwise pending appeals or petitions of parties other than COGR in consolidated case number 14-1156 or related cases.

Counsel for COGR has conferred with counsel for respondent and is authorized to state that respondent consents to this motion.

Respectfully submitted,

/s/ *Sean A. Lev*
Sean A. Lev
Gregory G. Rapawy
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900

*Counsel for Council on Governmental Relations*

September 1, 2016

# CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2016, I electronically filed the foregoing Consent Motion for Voluntary Dismissal with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Sean A. Lev