# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 14-1156** | **September Term, 2016** |
| | **FAA-79FR36172** |
| | **Filed On:** September 21, 2016 |

UAS America Fund, LLC, et al.,

    Petitioners

  v.

Federal Aviation Administration,

    Respondent

------------------------------

Consolidated with 14-1157, 14-1158

**O R D E R**

    Upon consideration of the consent motion of petitioner Council on Governmental Relations for voluntary dismissal of No. 14-1157, it is

    **ORDERED** that the motion be granted, and No. 14-1157 is hereby dismissed. It is

    **FURTHER ORDERED** that the consolidation of No. 14-1157 with Nos. 14-1156 and 14-1158 be terminated.

    The Clerk is directed to issue forthwith the mandate in No. 14-1157.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                      BY:    /s/
                                Ken Meadows
                                Deputy Clerk